FILED
APR 0 2 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) ) ) | **3:25 CR 147**<br>**JUDGE HELMICK** |
| v. | ) | CASE NO. MAGISTRATE JUDGE CLAY |
| RUAMONE SEARCY, | ) ) | Title 18, United States Code,<br>Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) ) ) | |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about September 13, 2024, in the Northern District of Ohio, Western Division, Defendant RAUMONE SEARCY knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Felonious Assault, on or about April 24, 2018, case number CR0201702112, Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus G2C, .9 caliber pistol, serial number ACC664416, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

ORIGINAL

## FORFEITURE

The Grand Jury further charges:

2. The allegations of Count 1 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, Defendant RAUMONE SEARCY shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.